UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN WAYNE BONILLA,

        Plaintiff,

    v.

ALL 58 COUNTIES,

        Defendants.

Case No. 18-cv-02290-VC (PR)

**ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Steven Wayne Bonilla, a state inmate, has filed a *pro se* civil action under 42 U.S.C. § 1983 against "All 58 Counties, its Superior Courts and Judges Concerned in Executing the Void Judgment." This complaint is an exact duplicate of the complaint Bonilla submitted in *Bonilla v. All 58 Counties*, No. C 18-2222 VC (PR), and it is dismissed as duplicative.

Moreover, Bonilla has been disqualified from proceeding *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(g) unless he is "under imminent danger of serious physical injury" at the time he filed his complaint. 28 U.S.C. § 1915(g); *In re Steven Bonilla*, No. C 11-3180 CW (PR); *Bonilla v. Dawson*, No. C 13-0951 CW (PR). The allegations in this complaint do not show that Bonilla was in imminent danger at the time of filing. Therefore, Bonilla may not proceed IFP.

Moreover, his lawsuit is barred under *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994). Bonilla continually files civil rights cases against various defendants challenging his state criminal judgment. Challenges to his state criminal judgment must be brought in his pending federal petition for a writ of habeas corpus. Accordingly, the case is dismissed with prejudice.

Furthermore, this is not a case in which the undersigned judge's impartiality might be

reasonably questioned. *See United States v. Holland*, 519 F.3d 909, 912 (9th Cir. 2008) (absent legitimate reason to recuse himself or herself, judge has a duty to sit in judgment in all cases assigned to that judge).

The Clerk shall close the case. The Clerk shall return, without filing, any further documents Bonilla submits after this case is closed.

**IT IS SO ORDERED.**

Dated:    April 30, 2018

_____
VINCE CHHABRIA
United States District Judge